UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Brade Carriers, Inc.,

                Plaintiff,

  -against-

Five Oceans Corporation, et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 29, 2009

**09 Civ. 2106 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since March 9, 2009, and there having been no activity in this case since March 20, 2009, it is,

ORDERED, that the above-entitled action is hereby DISMISSED without costs. The Maritime Attachment Order issued on March 20, 2009 is vacated. The Clerk of Court is directed to close out this case.

Dated: New York, New York
         July 29, 2009

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

1